UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARY ROWE,

               Plaintiff,                             Case No.  1:15-CV-1145

v.                                            HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY

               Defendant,

_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  March 16, 2017               /s/ Ray Kent
                                        RAY KENT
                                        United States Magistrate Judge